MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
P:  (702) 384-4012
F:  (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ULKIJE DEMA,<br><br>                        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br>Foreign Corporation; DOES I-X, inclusive;<br>and ROE CORPORATIONS I-X, inclusive;<br><br>                        Defendants. | CASE NO. 2:26-cv-00058-JAD-BNW<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER (SPECIAL SCHEDULING REVIEW REQUESTED)** |

Plaintiff ULKIJE DEMA, by and through her attorneys of record, BRICE J. CRAFTON, ESQ. and COLTON J. WILSTEAD, ESQ., and Defendant COSTCO WHOLESALE CORPORATION., by and through its attorneys of record, MICHAEL A. FEDERICO, ESQ. of the law firm of OLSON CANNON & GORMLEY, hereby submit this Joint Discovery Plan and Scheduling Order.

### Fed.R.Civ.P. 26(f) Conference

Counsel for the parties participated in a Rule 26 Discovery Conference on January 26, 2026. The conference was attended by Brice J. Crafton, Esq. for Plaintiff and Michael A. Federico, Esq. for Defendant.  At the conference, there were no discovery disputes at that time.  The parties agree

1

to exchange their disclosure statements in a timely manner.  Counsel are requesting twelve (12) months to complete discovery and be prepared for trial.   More specifically, counsel request 365 days from the date the first defendant answered or otherwise appeared.

The parties jointly request twelve (12) months for discovery due to Plaintiff's counsel having two trials set for March 16, 2026, a trial set on May 26, 2026 and two on June 29, 2026. These trials will substantially affect the ability to conduct discovery in the subject case over the initial six (6) months.

Based upon the above, the parties request twelve (12) months for discovery under the discovery schedule set forth below.

1.    **Discovery Cut-Off Date:** The parties are requesting 365 days for discovery from January 12, 2026, the date the first defendant answered or otherwise appear.  Thus, the parties request a discovery cut-off date of January 12, 2027.

2.    **Amending the Pleadings and Adding Parties:**  The parties request that all motions to amend the pleadings or to add parties be filed no later than October 14, 2026 - 90 days prior to the proposed close of discovery.

3.    **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts):** The parties request the disclosure of experts be made on or before October 14, 2026 - 90 days before the proposed discovery cut-off date.  Disclosure of rebuttal experts shall be made by November 13, 2026 – 30 days after the initial disclosure of experts.

4.    **Interim Status Report:**  Under recent changes in the rules, the parties will not file an interim status report previously required by LR 26-3.

5.    **Dispositive Motions:**  The date for filing dispositive motions shall be no later than February 11, 2027 - 30 days after the proposed discovery cut-off date.  In the event that the

2

discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

6.    **Pretrial Order:**  The date for filing the joint pretrial order shall not be later than March 15, 2027 - 30 days after the cut-off date for filing dispositive motions.  In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.  In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

7.    **Fed.R.Civ.P. 26(a)(3) Disclosures:**  The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

8.    **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation.  The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case.  Counsel further agree that a settlement conference or private mediation will be beneficial after discovery is concluded.  Finally, the parties and their counsel are not interested in submitting this case to arbitration, at this time.

9.    **Alternative Forms of Case Disposition:**  The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

3

10.   **Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system.   At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre Trial Order.

DATED this 10th day of February, 2026.

OLSON CANNON & GORMLEY

*/s/ Michael A. Federico, Esq.*
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
*Costco Wholesale Corporation*

DATED this 10th day of February, 2026.

DEAVER / CRAFTON

*/s/ Colton J. Wilstead, Esq.*
_____
BRICE J. CRAFTON, ESQ.
Nevada Bar No.: 10558
COLTON J. WILSTEAD, ESQ.
Nevada Bar No. 16024
810 E. Charleston Blvd.
Las Vegas, NV 89104
Attorneys for Plaintiff
*Ulkije Dema*

IT IS SO ORDERED this 12th day of   February   , 2026.

_____
UNITED STATES MAGISTRATE JUDGE